| | |
|---|---|
| Anthony M. Insogna (State Bar No. 235782)<br>aminsogna@jonesday.com<br>S. Christian Platt (State Bar No. 199318)<br>cplatt@jonesday.com<br>JONES DAY<br>San Diego Office<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92130<br>Telephone:   +1.858.314.1200<br>Facsimile:   +1.858.314.1150<br><br>Thomas S. Koglman (*pro hac vice*)<br>tkoglman@jonesday.com<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone:   +1.216.586.3939<br>Facsimile:   +1.216.579.0212<br><br>Attorneys for Plaintiffs<br>KYOWA HAKKO KIRIN CO., LTD. and<br>BIOWA, INC. | ROBINS KAPLAN LLP<br>Li Zhu (State Bar No. 302210)<br>LZhu@RobinsKaplan.com<br>2440 W El Camino Real, Suite 100<br>Mountain View, CA 94040<br>Telephone:   (650) 784-4040<br>Facsimile:   (650) 784-4041<br><br>Bryan J. Vogel (*pro hac vice*)<br>BVogel@RobinsKaplan.com<br>Derrick J. Carman (pro hac vice)<br>DCarman@RobinsKaplan.com<br>601 Lexington Avenue, Suite 3400<br>New York, New York  10022<br>Telephone:  (212) 980-7400<br>Facsimile:  (212) 980-7499<br><br>William E. Manske (*pro hac vice*)<br>WManske@RobinsKaplan.com<br>800 La Salle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8786<br>Facsimile: (612) 339-4181<br><br>Attorneys For Defendants<br>ARAGEN BIOSCIENCE, INC. and<br>TRANSPOSAGEN BIOPHARMACEUTICALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYOWA HAKKO KIRIN CO., LTD. and BIOWA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARAGEN BIOSCIENCE, INC. and TRANSPOSAGEN BIOPHARMACEUTICALS, INC.,<br><br>            Defendants. | Case No.  3-16-cv-05993-JD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Kyowa Hakko Kirin Co., Ltd. and BioWa, Inc. ("Plaintiffs") and Aragen Bioscience, Inc. and Transposagen Biopharmaceuticals, Inc. ("Defendants"), by and through their respective undersigned counsel, that pursuant to a confidential settlement agreement, all claims in Plaintiffs' Complaint (ECF No. 1) and all claims and defenses asserted by Defendants in their Answer and Counterclaims (ECF No. 32) and their Amended Answer and Counterclaims (ECF No. 44) shall be dismissed in their entirety with prejudice, according to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 14, 2018   Respectfully submitted,

JONES DAY

By: */s/ S. Christian Platt*
      S. Christian Platt

Attorneys for Plaintiffs
KYOWA HAKKO KIRIN CO., LTD. and BIOWA, INC.

Dated: March 14, 2018   ROBINS KAPLAN LLP

By: */s/ Bryan J. Vogel*
      Bryan J. Vogel

Attorneys for Defendants
ARAGEN BIOSCIENCE, INC. and TRANSPOSAGEN BIOPHARMACEUTICALS, INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By:   */s/ S. Christian Platt*
       S. Christian Platt