UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYOWA HAKKO KIRIN CO., LTD. and BIOWA, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARAGEN BIOSCIENCE, INC. and TRANSPOSAGEN BIOPHARMACEUTICALS, INC.,<br><br>  Defendants. | Case No. 3-16-cv-05993-JD<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

1 **PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

2   All claims by Plaintiffs Kyowa Hakko Kirin Co., Ltd. and BioWa, Inc. ("Plaintiffs")

3 against Defendants Aragen Bioscience, Inc. and Transposagen Biopharmaceuticals, Inc.

4 ("Defendants") and all counterclaims and defenses by Defendants against Plaintiffs are dismissed

5 with prejudice.  Each party to bear its own expenses, costs, and attorneys' fees.

6   **IT IS SO ORDERED.**

9 DATED:  March 15, 2018                    By: _____
                                                Hon. J[...]
10                                               *APPROVED — Judge James Donato*
                                                *United States District Court, Northern District of California*